**SO ORDERED.**

**Esther Salas, U.S.D.J.**
**Date**: December 1, 2021

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

MERCHANTS MUTUAL INSURANCE
COMPANY

Plaintiffs,

-against-

215 14TH STREET, LLC and ADITHYA
BATHENA,

Defendants/Counterclaimants.

---

Civil Action No. 2:19-cv-09206
(ES)(SCM)

**STIPULATION OF DISMISSAL**

 

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys of record for Plaintiffs, **MERCHANTS MUTUAL INSURANCE COMPANY,** and Defendants/Counterclaimants **215 14TH ST., LLC and ADITHYA BATHENA,** in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed as conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is dismissed with prejudice, including all claims, cross-claims, counterclaims and third-party claims, without costs to either party as against the other. This stipulation may be filed without further notice with the Court.

| | |
|---|---|
| Sweeney & Sheehan, P.C. | Lerner, Arnold & Winston, LLP |
| Attorneys for Plaintiff | Attorneys for Defendant/Counterclaimants |
| Merchant Mutual Insurance Company | 215 14th Street, LLC and Adithya Bathena |

By:   /s/Guy Mercogliano         By:   /s/ Frank P. Winston

     Guy Mercogliano                     Frank P. Winston

1515 Market Street, 19th Floor        331 Newman Springs Rd., Building 1, Suite 143

Philadelphia, PA 19102              Red Bank, New Jersey 07701

Dated: November 1, 2021

1